UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| SHEDDRICK C. KINNIEBREW, | Case No. CV 07-6935 (SH) |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and plaintiff's Complaint is dismissed.

DATED: APR - 7 2009

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE
